UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

DURATEK PRECAST TECHNOLOGIES, INC.,    Case No. 8:10-bk-22876-KRM
                               Debtor.
_____/

DURATEK PRECAST STRUCTURES, LLC    Case No. 8:10-bk-22880-KRM
                               Debtor.    **(Jointly Administered Under**
_____/    **Case No. 8:10-bk-22876-KRM)**

**NOTICE OF APPOINTMENT OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS UNITED STATES TRUSTEE
IN THE CASE OF DURATEK PRECAST TECHNOLOGIES, INC.**

      DONALD F. WALTON, United States Trustee for Region 21, by and through the undersigned counsel, hereby states that the following creditors of Duratek Precast Technologies, Inc. who hold unsecured claims are hereby APPOINTED to the Committee of the Unsecured Creditors:

1.     Dana B. Moran, Vice President                        (904) 361-7707
       Suwannee American Cement, LLC
       P. O. Box 410
       Branford, FL 32008
       dmoran@vcsmc.com

2.     Earl R. Roberts, President                             (813) 831-7320
       Quality Metal Fabricators, Inc.
       2610 East 5th Avenue
       Tampa, FL 33605
       Erobertsjr@qmfgroup.com

3.     Martin R. Koch, President                             (813) 626-2193
       Southwestern Suppliers, Inc.
       P. O. Box 75069
       Tampa, FL 33675-0069
       mkoch@sowes.com

4.   Larry Barnes, President                    (863) 534-3485
     Sabal Transport, Inc.
     Post Office Box 40
     Bartow, Florida 33831
     l.barnes@sabaltransport.com

5.   Roger Rex, Owner                           (863) 602-3530
     Roger Rex & Son Trucking, Inc.,
     5675 Bloomfield Boulevard
     Lakeland, Florida 33810
     rexvegas2@aol.com

6.   William R. Nash                            (904) 355-1781 Ext. 249
     Florida Rock Industries
     A Vulcan Materials Company
     P. O. Box 4667
     Jacksonville, FL 32201
     nashr@vmcmail.com

7.   Doug Sackett                               (863) 533-3163
     Smith Brothers Oil, Company, Inc.
     765 West Main Street
     Bartow, FL 38831
     sbogrease@aol.com

Each member of the Committee separately indicated its willingness to serve on the committee and accepted appointment.

   Dated: October 8, 2010.

                              Respectfully submitted,
                              DONALD F. WALTON
                              United States Trustee-Region 21

                              By: /s/ *Denise E. Barnett, Esq.*
                              Denise E. Barnett, Esq., Trial Attorney
                              Fla. Bar No. 0090610
                              501 East Polk Street, Suite 1200
                              Tampa, FL 33602
                              (813) 228-2000; (813) 228-2303-facsimile
                              denise.barnett@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appointment* has been served either electronically through the CM/ECF System or by regular United States mail to the committee members listed above and the party listed below on the **October 8, 2010.**

Duratek Precast Technologies, Inc.
Duratek Precast Structures, LLC
2180 American Flyer Way
Brooksville, FL 34604

Scott A. Stichter, Esq.
Stichter, Reidel, Blain & Prosser
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
sstichter.ecf@srbp.com

                                      */s/ Denise E. Barnett*
                                         Attorney