# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-22876 RCT  
**Case Name:** DURATEK PRECAST TECHNOLOGIES, INC.  
**Period Ending:** 03/31/20

**Trustee:** (290770) DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 12/30/11 (c)  
**§341(a) Meeting Date:** 02/01/12  
**Claims Bar Date:** 05/01/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Commercial property located at 3390 Highway 17 N<br>Orig. Description: Commercial property located at 3390 Highway 17 N., Bartow, Florida known as "Bartow Manufacturing Plant" - book value listed (2010 assessed value listed as $1,192,546); Imported from original petition Doc# 55 | 2,093,918.00 | 270,074.00 | | 0.00 | FA |
| 2 | Office building located at 2180 American Flyer,<br>Orig. Description: Office building located at 2180 American Flyer, Brooksville, Florida - value listed is book value; Imported from original petition Doc# 55 | 476,897.00 | 476,897.00 | | 0.00 | FA |
| 3 | Cash on hand.<br>Orig. Description: Petty Cash - Brooksville; Imported from original petition Doc# 55 | 24.00 | 24.00 | | 0.00 | FA |
| 4 | Cash on hand.<br>Orig. Description: Petty Cash - Bartow; Imported from original petition Doc# 55 | 500.00 | 500.00 | | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c<br>Orig. Description: BB&T Bank - Operating Account; Imported from original petition Doc# 55 | 55,621.00 | 55,621.00 | | 0.00 | FA |
| 6 | Security deposits with public utilities, telepho<br>Orig. Description: Utility Deposits; Imported from original petition Doc# 55 | 1,000.00 | 1,000.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-22876 RCT  
**Case Name:** DURATEK PRECAST TECHNOLOGIES, INC.  
**Period Ending:** 03/31/20  

**Trustee:** (290770)  DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 12/30/11 (c)  
**§341(a) Meeting Date:** 02/01/12  
**Claims Bar Date:** 05/01/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 7 | Security deposits with public utilities, telepho<br>   Orig. Description: Lease Deposits; Imported from original petition Doc# 55 | 6,709.00 | 6,709.00 | | 0.00 | FA |
| 8 | Security deposits with public utilities, telepho<br>   Orig. Description: Municipal cash bond; Imported from original petition Doc# 55 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 9 | Stock and interests in incorporated and unincorp<br>   Orig. Description: 100% membership interest in Duratek Precast<br>Structures, LLC (related Debtor); Imported from original petition Doc# 55 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Stock and interests in incorporated and unincorp<br>   Orig. Description: 100% membership interest in Duratek Homes, LLC; Imported from original petition Doc# 55 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Stock and interests in incorporated and unincorp<br>   Orig. Description: 100% membership interest in Duratek Installations,<br>LLC; Imported from original petition Doc# 55 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Accounts receivable.<br>   Orig. Description: Trade Receivables; Imported from original petition Doc# 55 | 2,422,015.00 | 2,422,015.00 | | 0.00 | FA |
| 13 | Other liquidated debts owing debtor including ta<br>   Orig. Description: Due from Duratek Precast Homes, LLC; Imported from original petition Doc# 55 | 134,339.00 | 134,339.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-22876 RCT  
**Case Name:** DURATEK PRECAST TECHNOLOGIES, INC.  

**Period Ending:** 03/31/20

**Trustee:** (290770)   DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 12/30/11 (c)  
**§341(a) Meeting Date:** 02/01/12  
**Claims Bar Date:** 05/01/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Other liquidated debts owing debtor including ta<br>  Orig. Description: Due from Duratek Installations, LLC; Imported from original petition Doc# 55 | 875.00 | 875.00 | | 47,078.77 | FA |
| 15 | Other liquidated debts owing debtor including ta<br>  Orig. Description: Due from Duratek Precast Structures, LLC (related<br>Debtor); Imported from original petition Doc# 55 | 2,585,660.00 | 2,585,660.00 | | 0.00 | FA |
| 16 | Other liquidated debts owing debtor including ta<br>  Orig. Description: Due from Duratek, LLC; Imported from original petition Doc# 55 | 347,978.00 | 347,978.00 | | 0.00 | FA |
| 17 | Other liquidated debts owing debtor including ta<br>  Orig. Description: Due from Mt. Peak, LLC; Imported from original petition Doc# 55 | 108,191.00 | 108,191.00 | | 0.00 | FA |
| 18 | Equitable or future interests, life estates, and<br>  Orig. Description: Stock subscription due from R. Barry Stem,<br>shareholder; Imported from original petition Doc# 55 | 212,546.00 | 212,546.00 | | 0.00 | FA |
| 19 | Equitable or future interests, life estates, and<br>  Orig. Description: Payroll advances and employee loans; Imported from original petition Doc# 55 | 145,733.00 | 145,733.00 | | 0.00 | FA |
| 20 | Patents, copyrights and other intellectual prope<br>  Orig. Description: U.S. Patent #121760,334; Imported from original petition Doc# 55 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Automobiles, trucks, trailers and other vehicles | 164,764.00 | 164,764.00 | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-22876 RCT  
**Case Name:** DURATEK PRECAST TECHNOLOGIES, INC.  
**Period Ending:** 03/31/20

**Trustee:** (290770)  DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 12/30/11 (c)  
**§341(a) Meeting Date:** 02/01/12  
**Claims Bar Date:** 05/01/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Description: Trailers - net book value; Imported from original petition Doc# 55 |  |  |  |  |  |
| 22 | Automobiles, trucks, trailers and other vehicles<br>    Orig. Description: Trucks - net book value; Imported from original petition Doc# 55 | 61,207.00 | 61,207.00 |  | 0.00 | FA |
| 23 | Automobiles, trucks, trailers and other vehicles<br>    Orig. Description: Office equipment, furniture and computers - net<br>book value; Imported from original petition Doc# 55 | 16,716.00 | 16,716.00 |  | 0.00 | FA |
| 24 | Machinery, fixtures, equipment and supplies used<br>    Orig. Description: Manufacturing Equipment, Forms, Cranes net<br>book value; Imported from original petition Doc# 55 | 1,725,832.00 | 1,725,832.00 |  | 0.00 | FA |
| 25 | Machinery, fixtures, equipment and supplies used<br>    Orig. Description: Construction Equipment - net book value; Imported from original petition Doc# 55 | 265,833.00 | 265,833.00 |  | 0.00 | FA |
| 26 | Inventory.<br>    Orig. Description: Finished Goods; Imported from original petition Doc# 55 | 750,699.00 | 750,699.00 |  | 0.00 | FA |
| 27 | Inventory.<br>    Orig. Description: Raw Materials; Imported from original petition Doc# 55 | 164,241.00 | 164,241.00 |  | 0.00 | FA |
| 28 | Inventory.<br>    Orig. Description: Formliners; Imported from original | 534,401.00 | 534,401.00 |  | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-22876 RCT  
**Case Name:** DURATEK PRECAST TECHNOLOGIES, INC.  
**Period Ending:** 03/31/20

**Trustee:** (290770)  DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 12/30/11 (c)  
**§341(a) Meeting Date:** 02/01/12  
**Claims Bar Date:** 05/01/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | petition Doc# 55 |  |  |  |  |  |
| 29 | Other personal property of any kind not already<br>    Orig. Description: Prepaid Insurance; Imported from original petition Doc# 55 | 69,247.00 | 69,247.00 |  | 100,000.00 | FA |
| 30 | Other personal property of any kind not already<br>    Orig. Description: Revenue earned, not billed; Imported from original petition Doc# 55 | 80,226.00 | 80,226.00 |  | 0.00 | FA |
| 31 | Other personal property of any kind not already<br>    Orig. Description: Intangible Assets; Imported from original petition Doc# 55 | 43,434.00 | 43,434.00 |  | 0.00 | FA |
| 32 | OTHER PERSONAL PROPETY OF ANY KIND U  (u)<br>    Prepaid rent | 1,098.29 | 1,098.29 |  | 1,098.29 | FA |
| 33 | BANK ACCOUNTS-U  (u)<br>    Funds held in trust during pendency of Chapter 11 case | 13,427.45 | 13,427.45 |  | 13,427.45 | FA |
| 34 | BANK ACCOUNTS<br>    SunTrust Checking Account #5806 | 0.00 | 0.00 |  | 0.00 | FA |
| 35 | SECURITY DEPOSITS<br>    Tampa Electric Co. | 350.00 | 350.00 |  | 0.00 | FA |
| 36 | SECURITY DEPOSITS<br>    Tampa Electric Co. | 300.00 | 300.00 |  | 0.00 | FA |
| 37 | SECURITY DEPOSITS<br>    Progress Energy | 1,000.00 | 1,000.00 |  | 0.00 | FA |
| 38 | SECURITY DEPOSITS | 100.00 | 100.00 |  | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

**Case Number:** 10-22876 RCT  
**Case Name:** DURATEK PRECAST TECHNOLOGIES, INC.  
**Period Ending:** 03/31/20

**Trustee:** (290770) DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 12/30/11 (c)  
**§341(a) Meeting Date:** 02/01/12  
**Claims Bar Date:** 05/01/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | TECO Peoples Gas |  |  |  |  |  |
| 39 | INTERESTS IN INSURANCE POLICIES<br>Darwin D&O Policy | 0.00 | 0.00 |  | 0.00 | FA |
| 40 | INTERESTS IN INSURANCE POLICIES<br>Hartford Term Policy | 0.00 | 0.00 |  | 0.00 | FA |
| 41 | OTHER PERSONAL PROPETY OF ANY KIND U  (u)<br>State of Florida Unclaimed Funds | 50,000.00 | 50,000.00 |  | 0.00 | 50,000.00 |
| **41** | **Assets**  Totals  (Excluding unknown values) | **$12,539,881.74** | **$10,716,037.74** |  | **$161,604.51** | **$50,000.00** |

**Major Activities Affecting Case Closing:**

8/14/18- receipt $47,078.77 from Fla. Unclaimed  Property; 7/19/18 -ltr to Fla. Unclaimed Property re: refund of $47,078.77; 7/11/18 - Order Reopening Case entered; DM appointed as Successor Trustee; 7/10/18 - Filed Motion to Reopen Case;

02/02/12 - Filed Application to Employ Attorney; Submitted standard proposed order; 03/01/13 - Pulled claims for review; 04/29/13 - Case in closing process; 6/7/13- FILED OBJECTION TO CLAIMS; 06/12/13 - Sent information to CPA for tax return; Sent email to Dbt's Atty requesting copy of prior year tax return; 11/25/13 - SERVED ORDER AND FILED PROOF OF SERVICE RE: ORDER EMPLOYING ACCT; 02/10/14 - Submitted proposed orders on objections to claims; 2/11/14- filed POS on Doc No. 342; 343, 344, 345,346, and 347; 03/28/14 - Forwarded letter from IRS to accountant; 04/08/14 - Sent email to Hans Beyer's office re: status of withdrawal of POC and preparation of Final Fee App; 04/11/14 - PC Mary at Atty Stichter's office re: pre-filing tax return; 05/13/14 - Received final fee app and withdrawal of POC from Hans Beyer; 06/23/14 - Submitted proposed order on Final Fee Application to Hans Beyer;   6/24/2014 - Filed proof of service- doc. no. 360; 08/14/14 - reviewed UST claim for quarterly fees;

***FILED TFR 08/18/14; UST APPROVED 10/23/14; 20 DAY NOTICE SENT 10/27/14;
12/23/2014-ORDER ALLOWING DISBURSEMENTS ENTERED; 12/26/2014-DISBURSED TO CREDITORS, FILED PROOF OF SERVICE , DOC. NO. 369;

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 7

| **Case Number:** | 10-22876 RCT | | **Trustee:** | (290770)   DOUGLAS N. MENCHISE |
|---|---|---|---|---|
| **Case Name:** | DURATEK PRECAST TECHNOLOGIES, INC. | | **Filed (f) or Converted (c):** | 12/30/11 (c) |
| | | | **§341(a) Meeting Date:** | 02/01/12 |
| **Period Ending:** | 03/31/20 | | **Claims Bar Date:** | 05/01/12 |

| 1<br>**Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>**Property**<br>**Abandoned**<br>OA=§554(a) abandon. | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

4/14/2015 - TDR FILED- UST APPROVED; 6/3/2015

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012     **Current Projected Date Of Final Report (TFR):**   June 30, 2020

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-22876 RCT  
**Case Name:** DURATEK PRECAST TECHNOLOGIES, INC.

**Taxpayer ID #:** \*\*-\*\*\*1217  
**Period Ending:** 03/31/20

**Trustee:** DOUGLAS N. MENCHISE (290770)  
**Bank Name:** Mechanics Bank  
**Account:** \*\*\*\*\*\*6065 - Checking Account  
**Blanket Bond:** $24,397,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 14,202.48 | | 14,202.48 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.78 | 14,180.70 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.03 | 14,161.67 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.68 | 14,141.99 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.69 | 14,120.30 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.98 | 14,099.32 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.92 | 14,080.40 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.27 | 14,058.13 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.22 | 14,037.91 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.51 | 14,018.40 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.18 | 13,996.22 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.78 | 13,977.44 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.11 | 13,955.33 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.73 | 13,934.60 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.70 | 13,915.90 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.34 | 13,896.56 |
| 04/17/14 | {29} | AMERISURE INSURANCE | PRE-PAID INSURANCE | 1129-000 | 100,000.00 | | 113,896.56 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.85 | 113,817.71 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.71 | 113,654.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.02 | 113,495.98 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.58 | 113,316.40 |
| 12/26/14 | 11001 | DOUGLAS N. MENCHISE | Dividend paid 100.00% on $8,976.29, Trustee Compensation; Reference: | 2100-000 | | 8,976.29 | 104,340.11 |
| 12/26/14 | 11002 | DOUGLAS N. MENCHISE | Dividend paid 100.00% on $411.48, Trustee Expenses; Reference: | 2200-000 | | 411.48 | 103,928.63 |
| 12/26/14 | 11003 | DOUGLAS N. MENCHISE, | Dividend paid 100.00% on $3,347.50, Attorney | 3110-000 | | 3,347.50 | 100,581.13 |
| | | | **Subtotals :** | | **$114,202.48** | **$13,621.35** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-22876 RCT
**Case Name:** DURATEK PRECAST TECHNOLOGIES, INC.

**Taxpayer ID #:** **-***1217
**Period Ending:** 03/31/20

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Mechanics Bank
**Account:** ******6065 - Checking Account
**Blanket Bond:** $24,397,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  | ESQUIRE | for Trustee Fees (Trustee Firm);  Reference: |  |  |  |  |
| 12/26/14 | 11004 | JUDITH D. SMITH, C.P.A. | Dividend paid 100.00% on $1,764.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 |  | 1,764.00 | 98,817.13 |
| 12/26/14 | 11005 | United States Trustee | Dividend paid 100.00% on $11,098.88, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 |  | 11,098.88 | 87,718.25 |
| 12/26/14 | 11006 | FLORIDA ROCK INDUSTRIES INC. | Dividend paid  56.54% on $10,456.12, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 |  | 5,912.13 | 81,806.12 |
| 12/26/14 | 11007 | LAW OFFICE OF HANS CHRISTIAN BEYER, P.A. | Combined Check for Claims#et_al. |  |  | 35,702.66 | 46,103.46 |
|  |  |  | Dividend paid  56.54%           35,699.95<br>on $63,138.50;  Claim# ;<br>Filed: $63,138.50 | 6700-140 |  |  | 46,103.46 |
|  |  |  | Dividend paid  56.54%                2.71<br>on $4.80;  Claim# ; Filed:<br>$4.80 | 6710-150 |  |  | 46,103.46 |
| 12/26/14 | 11008 | STICHTER, RIEDEL, BLAIN & PROSSER, P.A. | Combined Check for Claims#et_al. |  |  | 41,309.81 | 4,793.65 |
|  |  |  | Dividend paid  56.54%           36,482.14<br>on $64,521.87;  Claim# ;<br>Filed: $64,521.87 | 6210-160 |  |  | 4,793.65 |
|  |  |  | Dividend paid  56.54%            4,712.23<br>on $8,334.00;  Claim# ;<br>Filed: $8,334.00 | 6210-160 |  |  | 4,793.65 |
|  |  |  | Dividend paid  56.54%              115.44<br>on $204.17;  Claim# ;<br>Filed: $204.17 | 6220-170 |  |  | 4,793.65 |

Subtotals :     $0.00     $95,787.48

{} Asset reference(s)                                                                                                  Printed: 04/16/2020 10:09 AM     V.14.66

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-22876 RCT | | **Trustee:** | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|---|
| **Case Name:** | DURATEK PRECAST TECHNOLOGIES, INC. | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******6065 - Checking Account |
| **Taxpayer ID #:** | **-***1217 | | **Blanket Bond:** | $24,397,000.00   (per case limit) |
| **Period Ending:** | 03/31/20 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/26/14 | 11009 | WILLIAM A. LONG, JR., CPA | Combined Check for Claims#et_al. | | | 4,793.65 | 0.00 |
| | | | Dividend paid 56.54%    4,683.74<br>on $8,283.60;  Claim# ;<br>Filed: $8,283.60 | 6700-100 | | | 0.00 |
| | | | Dividend paid 56.54%    109.91<br>on $194.39;  Claim# ;<br>Filed: $194.39 | 6710-110 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 114,202.48 | 114,202.48 | $0.00 |
| | | | Less: Bank Transfers | | 14,202.48 | 0.00 | |
| | | | **Subtotal** | | 100,000.00 | 114,202.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$100,000.00** | **$114,202.48** | |

{} Asset reference(s)

## Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-22876 RCT | | **Trustee:** | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|---|
| **Case Name:** | DURATEK PRECAST TECHNOLOGIES, INC. | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******5266 - Checking Account |
| **Taxpayer ID #:** | **-***1217 | | **Blanket Bond:** | $24,397,000.00  (per case limit) |
| **Period Ending:** | 03/31/20 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/18 | {14} | STATE OF FLORIDA DEPARTMENT OF FINANCIAL SERVICES | UNCLAIMED FUNDS FROM STATE OF FLORIDA | 1129-000 | 47,078.77 | | 47,078.77 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.11 | 47,042.66 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.08 | 47,006.58 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.49 | 46,964.09 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 37.53 | 46,926.56 |
| | | | **ACCOUNT TOTALS** | | 47,078.77 | 152.21 | **$46,926.56** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 47,078.77 | 152.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$47,078.77** | **$152.21** | |

{} Asset reference(s)

Printed: 04/16/2020 10:09 AM    V.14.66

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 10-22876 RCT | | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|---|
| Case Name: | DURATEK PRECAST TECHNOLOGIES, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******85-65 - Checking Account |
| Taxpayer ID #: | **-***1217 | | Blanket Bond: | $24,397,000.00   (per case limit) |
| Period Ending: | 03/31/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/12 | {32} | DURATEK PRECAST STRUCTURES, LLC | REFUND OF PREPAID RENT FROM BARTOW MUNICIPAL AIRPORT | 1229-000 | 1,098.29 | | 1,098.29 |
| 02/10/12 | {33} | STICHTER, RIEDEL, BLAIN & PROSSER, P.A. TRUST ACCOUNT | TURNOVER OF FUNDS HELD IN TRUST FROM CHAPTER 11 CASE | 1229-000 | 13,427.45 | | 14,525.74 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,500.74 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.71 | 14,471.03 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.66 | 14,442.37 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.55 | 14,409.82 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.54 | 14,381.28 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.43 | 14,349.85 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.38 | 14,319.47 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.38 | 14,292.09 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.21 | 14,259.88 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.22 | 14,230.66 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.18 | 14,202.48 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029077088 20130110 | 9999-000 | | 14,202.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,525.74 | 14,525.74 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,202.48 | |
| | | | Subtotal | | 14,525.74 | 323.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,525.74** | **$323.26** | |

{} Asset reference(s)

## Form 2
## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 10-22876 RCT | **Trustee:** DOUGLAS N. MENCHISE (290770) |
| **Case Name:** DURATEK PRECAST TECHNOLOGIES, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******85-65 - Checking Account |
| **Taxpayer ID #:** **-***1217 | **Blanket Bond:** $24,397,000.00   (per case limit) |
| **Period Ending:** 03/31/20 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | 8 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 161,604.51

Net Estate : $161,604.51

**TOTAL - ALL ACCOUNTS**

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6065** | 100,000.00 | 114,202.48 | 0.00 |
| **Checking # ******5266** | 47,078.77 | 152.21 | 46,926.56 |
| **Checking # ****-******85-65** | 14,525.74 | 323.26 | 0.00 |
| | $161,604.51 | $114,677.95 | $46,926.56 |

{} Asset reference(s)